CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Christopher A Seabock, Esq., SBN 279640
Sarah Anastasi, Esq., SBN 322091
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
Chriss@potterhandy.com

Attorneys for Plaintiff

Michele A. Dobson, (Bar No. 192349)
LAW OFFICES OF MICHELE A. DOBSON
Historic Bixby Knolls
3711 Long Beach Blvd., Suite 5047
Long Beach, CA 90807
T: (562) 433-7718
F: (562) 433-7719
E: longbeachesq@gmail.com
www.longbeachesq.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker,**<br><br>    Plaintiff,<br><br>  v.<br><br>**RCP Belmont Shore LLC,** a California Limited Liability Company; and Does 1-10,<br><br>    Defendants | Case No. 2:19-cv-09561-JAK-JEM<br><br>**Joint Report Regarding Trial Dates**<br><br>Honorable Judge John A. Kronstadt |

   Pursuant to Order dated May 27, 2022, the parties hereby report they have met and conferred and propose the following date for trial:

   Bench Trial: November 8, 2022; Final Pretrial Conference: October 24, 2022

1

At this time, the parties do not believe further dispute resolution measures will be fruitful.

Respectfully submitted,

Dated: June 9, 2022     CENTER FOR DISABILITY ACCESS

By: /s/ Christopher A. Seabock
Christopher A Seabock
Attorney for Plaintiff

Dated: June 9, 2022     LAW OFFICES OF MICHELE A. DOBSON

By: /s/ Michele A. Dobson
Michele A. Dobson
Attorney for Defendant

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: June 9, 2022     CENTER FOR DISABILITY ACCESS

By: /s/ Christopher A. Seabock
Christopher A Seabock
Attorney for Plaintiff