LAW OFFICES OF MICHELE A. DOBSON
Michele A. Dobson (Bar No. 192349)
3711 Long Beach Blvd., Suite 5047
Long Beach, CA 90807
Telephone 562.433.7718
Facsimile  562.433.7719
Email longbeachesq@gmail.com

Attorney for Defendant, RCP Belmont, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br>       Plaintiff,<br><br>v.<br><br>RCP BELMONT LLC, A California Limited Liability Company; and Does 1-10,<br><br>Defendant(s). | CASE NO.  2:19-CV-09561-JAK-JEM<br><br>**DECLARATION OF RANCE RUIZ** |

**TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

///

///

///

///

1

## DECLARATION OF RANCE RUIZ

1. I am the Defendant in this action, and I have personal knowledge of the information within this declaration because upon my personal experiences. If called to testify at the time of trial, I could and would testify to the following pursuant to penalty of perjury under the laws of the United States of America and the laws of the state of California.

2. I co-own Rance's Chicago Pizza (the "Restaurant"), which is located at 5258 E. 2nd Street, Long Beach, California.

3. The Restaurant's restroom was converted to be "[E]mployees [O]nly," and is no longer available to the public. A photograph shows a table blocking a hallway, with a sign attached that reads, "NO PUBLIC RESTROOM." The closure is a permanent change to the restaurant. A braille sign has been permanently installed on the wall designating the restroom as "Employees Only."

4. It is also my contention that Whitaker is a "tester" plaintiff and serial filer of ADA lawsuits and has never visited Rance's Chicago Pizza and did not visit in October of 2019.

5. A true and correct copy of the permanent installation of Braille Signs that state "Employee Only" is on the Joint Witness List for presentation at the time of trial.

I declare that the foregoing is true and correct pursuant to the laws of penalty of perjury.

Respectfully submitted,

DATED: October 28, 2022           /s/Rance Ruiz_____
                                  Rance Ruiz, Owner

2

**PROOF OF SERVICE**
**Brian Whitaker v. RCP Belmont Shore LLC et al**
**2:19-cv-09561-JAK-JEM**

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 3711 Long Beach Blvd., Ste 5047, Long Beach, California 90807.

On October 28, 2022 I served the following document(s):
1. ***DECLARATION OF AARON TOFANI***
2. ***DECLARATION OF RANCE RUIZ***

Addressed to:
**Mark D Potter**
**Russell C Handy**
**Elliott Charles Montgomery**
**Dennis Jay Price, II**
**Isabel Rose Masanque**
**Josie Sue Zimmermann**
**Raymond George Ballister , Jr**
**Potter Handy LLP**
**100 Pine Street Suite 1250**
**San Francisco, CA 94111**

☐ **[XX]  BY MAIL**: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Long Beach, California.

☐ **BY FACSIMILE**: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ **BY OVERNITE EXPRESS**: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at Long Beach, California.

☐ **BY PERSONAL SERVICE**: I caused said documents to be personally served on all listed recipients via Signal Attorney Services.

☐ **BY ELECTRONIC SERVICE PROVIDER**: I caused the listed documents to be electronically filed and subsequently emailed to recipient(s) via the CM/ECF e-filing System. Upon approval of the document(s) by the court, an electronic mail message was transmitted to all parties on the Electronic Service list. The message identified the document(s) and provided instructions for accessing the document.

☐ **[XX]  BY ELECTRONIC MAIL**: I caused a copy of said documents to be emailed to recipient(s).

3

Executed on October 28, 2022, from Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/Brenda Aguilar
Brenda Aguilar, assistant