CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
100 Pine St. Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com
Attorneys for Plaintiff

LAW OFFICES OF MICHELE A. DOBSON
Michele A. Dobson (Bar No. 192349)
3711 Long Beach Blvd., Suite 5047
Long Beach, CA 90807
Telephone 562.433.7718
Facsimile  562.433.7719
Email longbeachesq@gmail.com
Attorney for Defendant, RCP Belmont, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker,**<br><br>    Plaintiff,<br><br>  v.<br><br>**RCP Belmont Shore LLC, a California Limited Liability Company;** and Does 1-10,<br><br>    Defendants. | Case No.: 2:19-cv-09561-JAK-JEM<br><br>**JOINT EXHIBIT LIST**<br><br>Status Conference: November 3, 2022<br>Time: 11:30 a.m.<br><br>Complaint Filed: November 7, 2019<br>Trial Date: November 8, 2022<br><br>Honorable Judge John A. Kronstadt |

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

1  Plaintiff Brian Whitaker and Defendant RCP Belmont Shore LLC hereby submit, pursuant to U.S.D.C. Central District L.R. 16-6, the below list of exhibits which may be produced at trial in the above-entitled action.

| | JOINT EXHIBIT LIST | | | | |
|---|---|---|---|---|---|
| | Case Name: Whitaker v. RCP Belmont Shore LLC | | | | |
| | Case Number: 2:19-cv-09561-JAK-JEM | | | | |
| NO. | DESCRIPTION | STIP. TO AUTHEN. | STIP. TO ADMISS. | DATE IDENTIFIED | DATE ADMITTED |
| 1 | Photographs of Rance's Chicago Pizza taken by Mr. Evens Louis on June 13, 2022 | | | | |
| 2 | Photographs of Rance's Chicago Pizza taken by Mr. Evens Louis on June 26, 2022 | | | | |
| 3 | Photographs of Rance's Chicago Pizza taken by Mr. Evens Louis on July 3, 2022 | | | | |
| 4 | Cropped version of Exhibit V from Defendant's opposition to Plaintiff's motion for summary judgment | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 2 3 4 5 6 7 8 9 10 | 101 | Photographs of the Bathroom signage taken by Aaron Tofani and Rance Ruiz | Assuming this photograph refers to Exhibit V of Defendant's opposition to Plaintiff's motion for summary judgment, yes. | Assuming this photograph refers to Exhibit V of Defendant's opposition to Plaintiff's motion for summary judgment, yes. | | |
| 11 12 13 14 15 16 17 18 19 20 21 | 102 | Photographs of the Bathroom taken by Aaron Tofani and Rance Ruiz | Assuming this photograph refers to Exhibits X and Z of Defendant's opposition to Plaintiff's motion for summary judgment, yes. | Assuming this photograph refers to Exhibits X and Z of Defendant's opposition to Plaintiff's motion for summary judgment, yes. | | |
| 22 23 24 25 26 27 | 103 | Photos of Permanent Braille Sign Closing Bathroom to the Public taken by | No, these photos have yet to be disclosed | No, these photos have yet to be disclosed | | |

| | Aaron Tofani and Rance Ruiz | | | | |
|---|---|---|---|---|---|

Pursuant to Local Rule 5-4.3.4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized this filing.

Dated: October 28, 2022        CENTER FOR DISABILITY ACCESS

                                                      By: /s/ Christopher A. Seabock
CHRISTOPHER A. SEABOCK
Attorneys for Plaintiff

Dated: October 28, 2022        LAW OFFICES OF MICHELE A. DOBSON

                                                      By: /s/  Michele A. Dobson
MICHELE A. DOBSON
Attorney for Defendant RCP Belmont Shore LLC