CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
100 Pine St. Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker,**<br><br>      Plaintiff,<br><br>   v.<br><br>**RCP Belmont Shore LLC**, a California Limited Liability Company; and Does 1-10,<br><br>      Defendants. | Case: 2:19-cv-09561-JAK-JEM<br><br>**Plaintiff's Objections to Aaron Tofani's Direct Testimony Declaration [Dkt. 69]** |

   Plaintiff Brian Whitaker submits his Objections to Direct Testimony Declaration of Aaron Tofani, together with references to the Federal Rules of Evidence, docket entries, and case citations in support of his objections.

| Declaration/Testimony of Aaron Tofani | Objection | Ruling |
|---|---|---|
| 3. A braille sign has been permanently installed on the wall designating the restroom as "Employees Only." | Hearsay, FRE 802; Best Evidence Rule, FRE 1001-1002. | Ruling: |
| 4. It is also my contention that Whitaker is a "tester" plaintiff and serial filer of ADA lawsuits and has never visited Rance's Chicago Pizza and did not visit in October of 2019. | Relevance, FRE 402; "evidence of Plaintiff's litigation history was previously presented in connection with the Motion to Dismiss (Dkt. 10), and a determination was made that Plaintiff has standing to bring the ADA claim. Dkt. 30." Dkt. 52, p. 6 of 11, fn 2; *Civ. Rights Educ. and Enf't Ctr. v. Hosp. Properties Tr.*, 867 F.3d 1093, 1096 (9th Cir. 2017); Defendant has already admitted Plaintiff visited its restaurant in | Ruling: |

| | |
|---|---|
| | October of 2019. Dkt. 49, p. 2. |

Dated: November 2, 2022              CENTER FOR DISABILITY ACCESS

By: /s/ Christopher A. Seabock
CHRISTOPHER A. SEABOCK
Attorney for Plaintiff